```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
UNITED STATES OF AMERICA           :
                                   :    15-CR-718-01
        -against-                  :
                                   :    ORDER
Gina Garcia                        :
                                   :
        Defendant                  :
                                   :
-----------------------------------X
```

Jed S. Rakoff, United States District Judge:

ORDERED that the defendant's bail be modified to include mental health evaluation/treatment as deemed necessary.

Dated: New York, New York
       February _1_, 2016

SO ORDERED

_____
Jed S. Rakoff
United States District Judge